UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON JACKSON,

        Plaintiff,        Case No. 1:14-cv-645

v.

                      Honorable Paul L. Maloney

DANIEL H. HEYNS et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $400.00 civil action filing fee.

Dated:  August 7, 2014        /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      Chief United States District Judge